IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jamison, Kaleb C

Printed: 11/20/07

Case Number: 07 B 09330
Judge: Squires, John H
Filed: 5/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 360.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 340.56 |
| Trustee Fee: |  | 19.44 |
| Other Funds: |  | 0.00 |
| Totals: | 360.00 | 360.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 340.56 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 5,754.20 | 0.00 |
| 6. | Sallie Mae | Unsecured | 313.75 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 45.97 | 0.00 |
| 8. | Dept. OF Veteran Affairs | Unsecured | 238.68 | 0.00 |
| 9. | Wells Fargo Fin Acceptance | Unsecured | 553.32 | 0.00 |
| 10. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 11. | Household Financial Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,219.92 | $ 340.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 19.44 |
|  | $ 19.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Jamison, Kaleb C

Printed:  11/20/07

Case Number:  07 B 09330
Judge:  Squires, John H

Filed:  5/22/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_